373 A.2d 1139

Commonwealth v. Tuggle, Appellant.

Submitted April 2, 1976. Calvin S. Drayer, Jr., Assistant Public Defender, for appellant; William T. Nicholas, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The case is remanded. See *Commonwealth v. Alexander*, 232 Pa.Super. 57, 331 A.2d 836 (1974).

614

CERCONE and VAN der VOORT, JJ., dissent for the reasons stated in the dissenting opinion in *Commonwealth v. Alexander,* supra.